# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2016

Robert P. Young, Jr.,
Chief Justice

154023(24)

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

MICHAEL SULLIVAN,
      Plaintiff-Appellee,

v

DENISE SULLIVAN,
      Defendant-Appellant.

SC: 154023
COA: 330543
Livingston CC: 14-006162-DO

_____/

On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing his answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before August 9, 2016.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2016



Clerk